12A

# UNITED STATES PROBATION OFFICE
## FOR THE DISTRICT OF UTAH

## Report on Offender Under Supervision

Name of Offender:  **Shannon Marie Leavitt**               Docket Number:   **2:21CR00179-001**

Name of Sentencing Judicial Officer:    **Honorable David Sam**
**Senior U.S. District Judge**

Date of Original Sentence:   **January 19, 2018**
Original Offense:   **Conspiracy to Possess Methamphetamine with Intent to Distribute**
Original Sentence:   **60 Months Custody/48 Months Supervised Release**

Type of Supervision:   **Supervised Release**            Current Supervision Began:   **February 26, 2021**

---

### NON-COMPLIANCE SUMMARY

| Date of Non-compliance | Nature of Non-compliance |
|---|---|
| 03/17/2021 | Obtained new state charges |

**Proposed Controlling Interventions:**
Oral reprimand

**Proposed Correcting Interventions:**
Review conditions; provide counsel; refer for services

Justification:
On March 17, 2021, the defendant contacted probation and advised she has been charged with driving under the influence and open container in a vehicle. The defendant advised she was processed by law enforcement and released from the scene with a citation notice. According to a police report, the defendant was backing out of a parking stall at a convenience store and in doing so, caused minor damage to the bumper of a car that was behind her. Law enforcement personnel were contacted and responded to the scene. The defendant admitted to drinking alcohol earlier in the evening. The defendant consented to having her blood drawn which was completed. The defendant's vehicle was impounded. After being processed she was released from the scene.

The defendant provided probation the same information contained in the police report. The defendant was admonished for her behavior and her conditions were reviewed with her. The defendant later agreed to enter a long-term inpatient treatment program where she remains. The defendant's state case remains pending and there have been no formal charges filed as of this writing. The Court will be informed on the status of the state case.

Shannon Marie Leavitt has been advised that continued non-compliance will result in further sanctions and/or the Court being petitioned to revoke her term of supervision. Based on the above listed information, it appears an appropriate intervention was conducted with the defendant. Therefore, it is respectfully recommended no Court action be taken at this time. The Court will be advised of any further violations or non-compliant conduct.

If the Court desires more information or another course of action, please contact me at 801-535-2750.

PROB 12A  
D/UT 01/18

Shannon Marie Leavitt  
2:21CR00179-001

I declare under penalty of perjury that the foregoing is true and correct.

*Alonzo Nez*  
by Alonzo Nez  
U.S. Probation Officer  
April 23, 2021

---

**THE COURT:**

[x] Approves the proposed interventions noted above  
[ ] Denies the proposed interventions noted above  
[ ] Other

*David Sam*

Honorable David Sam  
Senior United States District Judge

Date:  04/26/2021