12A

# UNITED STATES PROBATION OFFICE
## FOR THE DISTRICT OF UTAH

## Report on Offender Under Supervision

Name of Offender: **Shannon Marie Leavitt**          Docket Number: **2:21CR00179-001**

Name of Sentencing Judicial Officer:    **Honorable Dana L. Christensen**
                                        **U.S. District Judge, District of Montana**

Name of Assigned Judicial Officer:      **Honorable David Sam**
                                        **Senior U.S. District Judge**

Date of Original Sentence:   **January 19, 2018**
Original Offense:   **Conspiracy to Possess Methamphetamine with Intent to Distribute**
Original Sentence:  **60 Months Imprisonment and 4 Years Supervised Release**

Type of Supervision:  **Supervised Release**          Current Supervision Began:  **February 26, 2021**

### NON-COMPLIANCE SUMMARY

| Date of Non-compliance | Nature of Non-compliance |
|---|---|
| On or about 1/8/2022 | Consumption of alcohol |

**Proposed Controlling Interventions:** Verbal reprimand

**Proposed Correcting Interventions:** Counseling by probation officer

Justification: The defendant contacted this probation officer to take responsibility for her actions and appears remorseful. Her consumption of alcohol appears to have been a singular occurrence, however, should the problem persist, she will be referred for substance abuse therapy.

Shannon Marie Leavitt has been advised that continued non-compliance will result in further sanctions and/or the Court being petitioned to revoke their term of supervision.

If the Court desires more information or another course of action, please contact me at 801-244-4080.

I declare under penalty of perjury that the foregoing is true and correct.

PROB 12A  
D/UT 01/18

Shannon Marie Leavitt  
2:21CR00179-001

_____  
by Cody C. George  
U.S. Probation Officer  
January 20, 2022

---

**THE COURT:**

☒ Approves the proposed interventions noted above  
☐ Denies the proposed interventions noted above  
☐ Other

_____  
Honorable David Sam  
Senior United States District Judge

Date:   January 21, 2022